IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02470-AP

JO ANN RICE,

       Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Gail C. Harriss, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
Telephone: (970) 247-4411/Fax: (970) 247-1482
Gail.harriss@dawesandharriss.com

For Defendant:

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

Debra Meachum
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-0812/Fax: (303) 844-0770
debra.meachum@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 12/7/05
    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 12/27/05
    C.    **Date Answer and Administrative Record Were Filed:**   2/27/06

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** To the best of her knowledge, the record is complete.
**Defendant states:**  To the best of her knowledge, the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**   To the best of her knowledge, this case does not involve unusual claims or defenses.
**Defendant states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.

**7.    OTHER MATTERS**

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

**8.    PROPOSED BRIEFING SCHEDULE**
Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 40 days after filing of this Joint Case Management Plan, as follows:

    A.    **Plaintiff's Opening Brief Due:**     June 1, 2006.
    B.    **Defendant's  Response Brief Due:** July 24, 2006.
    C.    **Plaintiff's Reply Brief Due:**       August 8, 2006

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.    Plaintiff's Statement:** Oral Argument is not requested.
    **B.    Defendant's Statement:** Oral argument not requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.    (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.    ( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this <u>20th</u> day of <u>March</u>, 2006.

                                              BY THE COURT:

                                               S/John L. Kane
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Gail C. Harriss 3/20/06<br>Gail C. Harriss, Esq.<br>Dawes and Harriss, P.C.<br>572 East Third Avenue<br>Durango, CO 81301<br>Telephone: (970) 247-4411/Fax:  (970) 247-1482<br>Gail.harriss@dawesandharriss.com<br><br>Attorney for Plaintiff. | WILLIAM J. LEONE<br>United States Attorney<br><br> KURT J. BOHN<br> Assistant U.S. Attorney<br> kurt.bohn@usdoj.gov<br><br>By:  s/Debra J. Meachum 3/20/06<br>      Debra J. Meachum<br>      Special Assistant U.S. Attorney<br>      1961 Stout Street, Suite 1001A<br>      Denver, Colorado  80294<br>      Telephone:  (303) 844-0812<br>      debra.meachum@ssa.gov<br><br>      Attorneys for Defendant |